# Court of Appeals
# of the State of Georgia

ATLANTA,  July 17, 2017

*The Court of Appeals hereby passes the following order:*

## A17D0525.    DAVID   SUNDY   et   al.   v.   FRIENDSHIP   PAVILION   ACQUISITION COMPANY, LLC et al.

David Sundy and Tim Sundy filed this discretionary application seeking to appeal two orders in Case Number 2015CV1366, an order on joint objection to jurisdiction and an order to continue rule nisi.[1]  We, however, lack jurisdiction.

It is clear from the trial court's orders that the case remains pending below, and no final judgment has been entered.  Therefore, the orders that the Sundys wish to appeal are interlocutory in nature.  See *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 589 (1) (408 SE2d 103) (1991).  A party seeking appellate review from an interlocutory order must follow the interlocutory application procedure set forth in OCGA § 5-6-34 (b), which includes obtaining a certificate of immediate review from the trial court.  *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).  OCGA § 5-6-35, which governs the discretionary appeal procedure, does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6- 34 (b).  *Bailey*, supra.  The Sundys' failure to follow the interlocutory appeal procedure deprives us of jurisdiction over this application, which is therefore DISMISSED.

---

[1] David Sundy also filed an application for discretionary review from an order denying his motion to recuse in Case Number 2015CV1366, which was dismissed, along with several orders in Case Number 2017CV31A.  See Case No. A17D0476, *David Sundy v. Martha C. Christian, Judge et al.* (decided June 21, 2017).



*Court of Appeals of the State of Georgia*

*Clerk's Office,*

*Atlanta,* 07/17/2017

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ , *Clerk.*